AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DOUGLAS L. DOTSON**

       **Plaintiff,**

                      **JUDGMENT IN A CIVIL CASE**

**v.**

                      **CASE NO.   2:13-CV-1065**

**COMMISSIONER OF**         **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**          **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendant.**

_____ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed March 6, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 6, 2015                       RICHARD E. NAGEL, CLERK


                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk